UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BREANNA WARES,<br><br>　　　　　　Defendant. | Case No.: 22CR1465-LL<br><br>ORDER ON MOTION FOR REDUCTION OF PROBATION |

Good cause appearing, **IT IS HEREBY ORDERED** that the unopposed motion to reduce the sentence from 5 years of probation to 10 months of probation is granted.

**IT IS SO ORDERED.**

DATED: 5/1/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　for
HON. LINDA LOPEZ
United States District Judge